McLAREN's executors *vs.* McLAREN.

This court will not entertain a motion to set aside a judgment on the objection of fraud, where it appears that the same matter is pending in chancery.

A MOTION was made to set aside a judgment, alleged to June 9. have been fraudulently entered on a bond and warrant of attorney, said to be satisfied. In opposition, the fraud and payment were denied, and it was shewn that the same matter was pending in the court of chancery, where proofs had been taken, and the cause was ready for hearing.

*A. O. Dayton,* for the motion.

*H. S. Mackay,* contra.

*By the Court,* NELSON, J. The matter in controversy between the parties being pending in the court of chancery, is a sufficient reason for refusing to entertain the motion, and particularly in this case, where, to do justice between the parties, it would be necessary to award a feigned issue.